IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT DESHON HAWINS,

    Defendant.

Case No. 25-CR-30009-SPM

## JUDGMENT ON BOND

On September 16, 2025, the Court granted the Government's Motion for an Order Forfeiting Bail. (Doc. 57).

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Court's order (Doc. 57), judgment is entered in the following amounts against the following individuals: $20,000 where Robert Deshon Hawkins and Davon Williams are jointly and severally liable; $10,000 where Robert Deshon Hawkins and Carnisha Singleton are jointly and severally liable; and $5,000 where Robert Deshon Hawkins and Amber Hoskins are jointly and severally liable.

**IT IS SO ORDERED.**

**DATED:  September 16, 2025**

                                                                                   **s/ *Stephen P. McGlynn***
                                                                                   STEPHEN P. McGLYNN
                                                                                   U.S. District Judge