## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-30009-SPM-1 |
| ROBERT DESHON HAWKINS, | |
| Defendant. | |

## <u>MEMORANDUM AND ORDER</u>

**McGLYNN, District Judge:**

Before the Court is the Defendant's Motion for Reconsideration. (Doc. 77). The Motion requests that the bond forfeiture be set aside on behalf of the sureties. (*Id.*). Having been fully informed of the issues presented, Defendant's Motion is **DENIED**.

Federal Rule of Criminal Procedure(f)(2) allows a court to set aside in whole or in part a bail forfeiture if the surety later surrenders into custody the person released on the surety's appearance bond or it appears that justice does not require bail forfeiture. The Court finds that neither condition is satisfied and therefore the bail forfeiture will stand.

The Court does not doubt the very real hardship this forfeiture places upon those loved ones who personally bound themselves to honor the bond of the accused. This sad reality is not some testament to the indifference of our justice system to their plight. Rather, it reflects the accused's exploitation of the sureties who posted his bond. His willful violation of the terms of his bond ensnared not only his liberty, but also the property of his loved ones.

**IT IS SO ORDERED.**

**DATED:  May 8, 2026**

                            _____

**STEPHEN P. McGLYNN**
**U.S. District Judge**